M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Jason Paul Davis
_____
Full name and prison name of
Plaintiff(s)

2007 SEP 11 A 9:47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

Lynn Davis
_____
_____
_____
_____

CIVIL ACTION NO. 2:07cv 815-MHT
(To be supplied by Clerk of U.S. District Court)

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS
  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

  B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

       Plaintiff (s) _____

       _____

       Defendant(s) _____

       _____

    2. Court (if federal court, name the district; if state court, name the county)

       _____

       _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Bullock Corr. Fac.
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Covington County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS
1. Lynn Davis              331 Smith Ave Elba AL.
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  12-01-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Prepearing a plan to put me in prison with probation offecer.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

she told me a Lie. I have Case Actions Summary. She told me herself she talked to probation officer.

GROUND TWO: She used her Correction officer Job to do this plan.

SUPPORTING FACTS: her Son is a theft and my Dad want do nothing for him. Dadding told me he would give me a harley Dividson.

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Lynn Davis should not be able to hold State or County Job.
She should pay me for my time in prison.

*Jason Davis*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 9-09-07
(Date)

*Jason Davis*
Signature of plaintiff(s)

Jason P. Davis 172082
13 224
Bullock Corr Fac
PO Box 5107
Union Springs 36089

3610140711-11 B007

Office of the Clerk
United States District Court
PO Box 711
Montgomery Ala. 36101-0711


LOUIS COMFORT TIFFANY
LOUIS COMFORT TIFFANY