# UNITED STATES DISTRICT COURT

### District of _____

|  |  |
|---|---|
| **Plaintiff** | RECEIVED |
| V. | 2007 SEP 11  A 9: 47 |
| | DEBRA P. HACKETT, CL |
| | U.S. DISTRICT COURT |
| **Defendant** | MIDDLE DISTRICT ALA |

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 2:07CV815-MHT

I, __Jason Paul Davis__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?      ☒ Yes      ☐ No      (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Bullock County Corr FAC__

    Are you employed at the institution? __no__   Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?      ☐ Yes      ☒ No

    a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☒ Yes | ☐ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any cash or checking or savings accounts?**    ☒ Yes        ☐ No

    If "Yes," state the total amount.  ___103.00___

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes        ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

___9-09-07___
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY

UN. 27, 2007                   INMATE DEPOSITS              RECEIPT#: 2007023358

ECEIVED OF: DAVIS, JASON              AIS#: 172082    BED ID: P07026A
   $0.00    PREVIOUS BALANCE    DEPOSIT SENT BY:  A DAVIS
  $25.00    NET DEPOSIT         DEPOSIT DOCUMENT: WESTERN UNION
   $0.00    C.O.P. DEDUCTED     CASE#:   N/A        DOC.#: 08-711385177
   $0.00                        CASE#:   N/A        MAIL LOG#: N/A

  $25.00    CURRENT BALANCE     POSTED BY: MARK BODEN


STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY

JUL. 09, 2007                  INMATE DEPOSITS              RECEIPT#: 2007024366

RECEIVED OF: DAVIS, JASON             AIS#: 172082    BED ID: P07026A
   $0.75    PREVIOUS BALANCE    DEPOSIT SENT BY:  COVINGTON CO.
  $47.33    NET DEPOSIT         DEPOSIT DOCUMENT: WACHOVIA BANK
   $0.00    C.O.P. DEDUCTED     CASE#:   N/A        DOC.#: 1317
   $0.00                        CASE#:   N/A        MAIL LOG#: N/A

  $48.08    CURRENT BALANCE     POSTED BY: PMOD WILKINS3HARVEST


STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY

JUL. 11, 2007            INMATE MEDICAL CO-PAYMENT        TRANS# 2007011188

---------------------------------------------------------------------------

  AIS #:   172082    DAVIS, JASON                   BED: P07026A

   $9.67    PREVIOUS BALANCE         VISIT DATE:  7/09/2007

   $3.00    LESS WITHDRAWAL

   $6.67    CURRENT BALANCE

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY
JUL. 13, 2007          INMATE DEPOSITS          RECEIPT#: 2007024781

RECEIVED OF: DAVIS, JASON          AIS#: 172082     BED ID: B01010A
   $6.67     PREVIOUS BALANCE     DEPOSIT SENT BY:  AGNES DAVIS
  $60.00     NET DEPOSIT          DEPOSIT DOCUMENT: US PO MONEY ORD
   $0.00     C.O.P. DEDUCTED      CASE#:   N/A       DOC.#: 10545121710
   $0.00                          CASE#:   N/A       MAIL LOG#: N/A

  $66.67     CURRENT BALANCE      POSTED BY: PMOD WILKINS3HARVEST


STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK CORRECTIONAL FACILITY
JUL. 31, 2007          INMATE DEPOSITS          RECEIPT#: 2007017846

RECEIVED OF: DAVIS, JASON P.          AIS#: 172082     BED ID: H03022A
   $0.00     PREVIOUS BALANCE     DEPOSIT SENT BY:  AGNES DAVIS
  $30.00     NET DEPOSIT          DEPOSIT DOCUMENT: WESTERN UNION M
   $0.00     C.O.P. DEDUCTED      CASE#:   N/A       DOC.#: 08722742693
   $0.00                          CASE#:   N/A       MAIL LOG#: N/A

  $30.00     CURRENT BALANCE      POSTED BY: JOYCE FRANKLIN PATTERSON


STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK CORRECTIONAL FACILITY
AUG. 02, 2007          INMATE DEPOSITS          RECEIPT#: 2007018089

RECEIVED OF: DAVIS, JASON P.          AIS#: 172082     BED ID: H03022A
   $6.44     PREVIOUS BALANCE     DEPOSIT SENT BY:  INST. TRANSFER
  $28.91     NET DEPOSIT          DEPOSIT DOCUMENT: IN. TRANSFER CK
   $0.00     C.O.P. DEDUCTED      CASE#:   N/A       DOC.#: 7208
   $0.00                          CASE#:   N/A       MAIL LOG#: N/A

  $35.35     CURRENT BALANCE      POSTED BY: JOYCE FRANKLIN PATTERSON

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                    BULLOCK CORRECTIONAL FACILITY
AUG. 14, 2007                INMATE DEPOSITS          RECEIPT#: 2007018619

RECEIVED OF: DAVIS, JASON P.           AIS#: 172082     BED ID: H03022A
    $2.49     PREVIOUS BALANCE     DEPOSIT SENT BY:  ANGES DAVIS
  $100.00     NET DEPOSIT          DEPOSIT DOCUMENT: US PO MONEY ORD
    $0.00     C.O.P. DEDUCTED      CASE#:    N/A       DOC.#: 10914577931
    $0.00                          CASE#:    N/A       MAIL LOG#: N/A

  $102.49     CURRENT BALANCE       POSTED BY: JOYCE FRANKLIN PATTERSON
```

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                    BULLOCK CORRECTIONAL FACILITY
AUG. 21, 2007                INMATE DEPOSITS          RECEIPT#: 2007019139

RECEIVED OF: DAVIS, JASON P.           AIS#: 172082     BED ID: H03022A
   $33.99     PREVIOUS BALANCE     DEPOSIT SENT BY:  ANGES DAVIS
   $75.00     NET DEPOSIT          DEPOSIT DOCUMENT: WESTERN UNION
    $0.00     C.O.P. DEDUCTED      CASE#:    N/A       DOC.#: 08750725974
    $0.00                          CASE#:    N/A       MAIL LOG#: N/A

  $108.99     CURRENT BALANCE       POSTED BY: JOYCE FRANKLIN PATTERSON
```

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK CORRECTIONAL FACILITY
SEP. 06, 2007              INMATE DEPOSITS              RECEIPT#: 2007020011

RECEIVED OF: DAVIS, JASON P.              AIS#: 172802       BED ID: H03022A
    $0.59   PREVIOUS BALANCE          DEPOSIT SENT BY: ANGEO DAVIS
  $100.00   NET DEPOSIT               DEPOSIT DOCUMENT  WESTERN UNION
    $0.00   C.O.P. DEDUCTED           CASE#:  N/A        DOC.#: 08776808351
    $0.00                             CASE#:  N/A        MAIL LOG#: N/A

  $100.59   CURRENT BALANCE           POSTED BY: JOYCE FRANKLIN PATTERSON