IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON PAUL DAVIS, #172082, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv815-MHT |
| | ) (WO) |
| LYNN DAVIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on October 17, 2007 (Doc. # 4), that this case be dismissed without prejudice for failure of the plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this court. After a review of the recommendation, to which no timely objections have been filed, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A).

Costs are TAXED against plaintiff, for which execution may issue.

An appropriate judgment will be entered.

DONE, this the 28th day of November, 2007.

                                     /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE